NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE: APPLE INC.,**
*Petitioner*

_____

2020-135

_____

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:19-cv-00532-ADA, Judge Alan D. Albright.

_____

**ON PETITION FOR REHEARING EN BANC**

_____

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.[*]

PER CURIAM.

**O R D E R**

Uniloc 2017 LLC filed a petition for rehearing en banc. A response to the petition was invited by the court and filed by Apple, Inc. The petition was first referred as a petition for rehearing to the panel that issued the order, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

_____

[*] Circuit Judge O'Malley did not participate.

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

February 3, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court