AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Uniloc 2017 LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   5:21-cv-00995-VKD |
| Apple Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Uniloc 2017 LLC                                                                                                        .

Date:  02/23/2021

*/s/ Aaron S. Jacobs*
*Attorney's signature*

Aaron S. Jacobs (Cal. Bar No. 214953)
*Printed name and bar number*

Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
*Address*

ajacobs@princelobel.com
*E-mail address*

(617) 456-8000
*Telephone number*

(617) 456-8100
*FAX number*