AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Uniloc 2017 LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:21-cv-00995-VKD |
| Apple Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Uniloc 2017 LLC                                                                               .

Date: 02/23/2021

*/s/ James J. Foster*
*Attorney's signature*

James J. Foster (Mass. Bar No. 553285)
*Printed name and bar number*

Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
*Address*

jfoster@princelobel.com
*E-mail address*

(617) 456-8000
*Telephone number*

(617) 456-8100
*FAX number*