| | |
|---|---|
| Aaron S. Jacobs (Cal. Bar No. 214953) | MARK FOWLER (Bar No. 124235) |
| ajacobs@princelobel.com | mark.fowler@us.dlapiper.com |
| James J. Foster | CHRISTINE K. CORBETT (Bar No. 209128) |
| jfoster@princelobel.com | christine.corbett@us.dlapiper.com |
| PRINCE LOBEL TYE LLP | ERIK R. FUEHRER (Bar No. 252578) |
| One International Place, Suite 3700 | erik.fuehrer@us.dlapiper.com |
| Boston, MA 02110 | DLA Piper LLP (US) |
| Tel: (617) 456-8000 | 2000 University Avenue |
| | East Palo Alto, CA 94303-2214 |
| Matthew D. Vella (Cal. Bar No. 314548) | Tel: 650.833.2000 |
| mvella@princelobel.com | Fax: 650.833.2001 |
| PRINCE LOBEL TYE LLP | |
| 357 S Coast Highway, Suite 200 | Attorneys for Defendant |
| Laguna Beach, CA 92651 | |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>       Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>       Defendant. | Case No.:   3:21-cv-00995-VC<br><br>**STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Uniloc 2017 LLC ("Uniloc"), and Defendant Apple, Inc. ("Defendant") have agreed to settle the above matter, and therefore jointly stipulate and move under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss with prejudice all claims and counterclaims between the parties. Plaintiff and Defendant shall each bear their own attorneys' fees, expenses, and costs.

Dated: June 22, 2021

Respectfully Submitted,

*/s/ Aaron S. Jacobs*
Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

Matthew D. Vella (Cal. Bar No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
357 S Coast Highway, Suite 200
Laguna Beach, CA 92651

Attorneys for Plaintiff

Dated: June 22, 2021

*/s/ Mark Fowler*
MARK FOWLER (Bar No. 124235)
mark.fowler@us.dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@us.dlapiper.com
ERIK R. FUEHRER (Bar No. 252578)
erik.fuehrer@us.dlapiper.com
DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant

## **ATTESTATION OF E-FILED SIGNATURE**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for Defendant has concurred in this filing.

Dated:  June 22, 2021                   */s/ Aaron S. Jacobs*